## GILBERT FREMPONG *v.* U-HAUL COMPANY OF CONNECTICUT
### (13451)

DUPONT, C. J., and HEIMAN and SPEAR, Js.
Argued March 16—decision released April 25, 1995

*Gilbert Frempong,* pro se, the appellant (plaintiff).

*David Monastersky,* with whom, on the brief, were *Donn A. Swift* and *Mary Beattie Schairer,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.